UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 13 B 12363
                                          CHAPTER 13
Alena Hlinova
                                          JUDGE CAROL A DOYLE

        DEBTOR              **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WILMINGTON TRUST NATIONAL

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 16 | XXXXXX | $34,220.99 | $34,220.99 | $34,220.99 |
| Total Amount Paid by Trustee | | | | | $34,220.99 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 13-12363-CAD

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 17th day of May, 2018.

Debtor:
Alena Hlinova
9236 S. Pembroke Lane
Bridgeview, IL  60455

Attorney:
WATOR & ZAC LLC
10711 S ROBERTS RD
PALOS HILLS, IL  60465
via Clerk's ECF noticing procedures

Creditor:
WILMINGTON TRUST NATIONAL
% FAY SERVICING
3000 KELLWAY DR #150
CARROLLTON, TX  75006

Mortgage Creditor:
WILMINGTON SAVINGS FUND
SOCIETY
% CLARK HILL PLC
150 N MICHIGAN AVE #2700
CHICAGO, IL  60601

Creditor:
WILMINGTON SAVINGS FUND
SOCIETY
% STATEBRIDGE COMPANY LLC
5680 GREENWOOD PLAZA BLVD
#100S
GREENWOOD VILLAGE, CO  80111

ELECTRONIC SERVICE - United States Trustee

Date:  May 17, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603